IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SUNDEE ANN DAVIS,              )
                               )
      Plaintiff,               )
                               )      CIVIL ACTION NO.
      v.                       )      2:14cv308-MHT
                               )          (WO)
AUTOMATIC FOOD SERVICE,        )
INC., et al.,                  )
                               )
      Defendants.              )
```

## JUDGMENT

Upon consideration of the oral motion to dismiss made by all parties on the record in open court today, it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss is granted and that this lawsuit is dismissed in its entirety with prejudice, with no costs taxed.

All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 2nd day of December, 2015.

__ /s/ Myron H. Thompson____
UNITED STATES DISTRICT JUDGE